Paul R. Kiesel, State Bar No. 119854
  *kiesel@kbla.com*
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Paul O. Paradis, Esq.
  *pparadis@hhplawny.com*
Gina M. Tufaro, Esq.
  *gtufaro@hhplawny.com*
Mark A. Butler, Esq.
  *mbutler@hhplawny.com*
HORWITZ, HORWITZ, & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff ADAM OVERTON, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM OVERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV12-1430 MMM (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Adam Overton hereby voluntarily dismisses this action against defendant without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has neither filed an answer, nor moved for summary judgment in this action. Additionally, a class has not yet been certified in this action. No consideration has been given for this dismissal and each party shall bear its own costs, expenses and attorneys' fees. Accordingly, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

DATED: September 17, 2012       KIESEL BOUCHER LARSON LLP

By:     /s/ Paul R. Kiesel
Paul R. Kiesel, Esq.
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone:   (310) 854-4444
Facsimile:    (310) 854-0812

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Telephone:   (212) 986-4500
Facsimile:    (212) 986-4501

Attorneys for Plaintiff ADAM OVERTON, individually and on behalf of all others similarly situated